No. 982. MOJICA ET AL. *v.* MORELL.—Appeal from the District Court of Arecibo. Motion of appellants to withdraw appeal. Decided April 29, 1913. Appeal declared abandoned by appellants. *Mr. Henry G. Molina* for the movers. The respondent did not appear.

---

No. 599. THE PEOPLE *v.* MARTÍNEZ ET AL.—
No. 600. THE PEOPLE *v.* AVILÉS ET AL.—

Appeals from the District Court of Aguadilla. Motions of the *fiscal* to dismiss appeals. Decided April 30, 1913. Appeals dismissed in both cases for noncompliance with section 350 of the Code of Criminal Procedure in that the *fiscal* was not served with a copy of the notice of appeal. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Pedro Manzano Aviñó* for appellants.

---

No. 392. EX PARTE PLINIO L. CASTRO.—Petition for the approval of notarial surety bond No. 2298 executed by the National Surety Company on April 30, 1913. Decided April 30, 1913. Bond approved. The petitioner appeared *pro se*.

---

No. 393. EX PARTE JOSÉ Q. TORRES.—Petition for the approval of notarial surety bond No. 2283 executed by the National Surety Company on April 18, 1913. Decided May 1, 1913. Bond approved. The petitioner appeared *pro se*.